# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

BRIAN E. LYNCH and  Case No. 08-53058-MBM
RITA VERNELL LYNCH,  Chapter 13
 Honorable MARCI B. McIVOR
    Debtors.
_____/

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 1 OF PRA RECEIVABLES MANAGEMENT, LLC, AS AGENT OF PORTFOLIO RECOVERY ASSOCS.

The Debtors having filed an Objection to Claim No. 1 of Pra Receivables Management, LLC, as agent of Portfolio Recovery Assocs..; no response having been filed thereto; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Claim No. 1 of Pra Receivables Management, LLC, as agent of Portfolio Recovery Assocs. in the amount of $22,800.00 is **disallowed.**

**IT IS FURTHER ORDERED** that the objection to the Proof of Claim filed by the above-referenced creditor is hereby granted. To the extent that the Chapter 13 Standing Trustee has previously made disbursement to such creditor, the Trustee shall not be obligated to recoup the same.

.

```
   Signed on October 22, 2008
                                 ____ __/s/ Marci B. McIvor_    ___
                                       Marci B. McIvor
                                       United States Bankruptcy Judge
```